

## NUMBER 13-15-00537-CV

# COURT OF APPEALS
# THIRTEENTH DISTRICT OF TEXAS
# CORPUS CHRISTI - EDINBURG

HARI PRASAD KALAKONDA,                                        Appellant,

v.

SUSSER PETROLEUM OPERATING COMPANY, LLC,          Appellee.

### On appeal from the County Court at Law No. 3
### of Nueces County, Texas.

## NUMBER 13-15-00538-CV

# COURT OF APPEALS
# THIRTEENTH DISTRICT OF TEXAS
# CORPUS CHRISTI - EDINBURG

## IN RE HARI PRASAD KALAKONDA

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

The underlying cause is before this Court on appeal and original proceeding. In our cause number 13-15-00537-CV, appellant Hari Prasad Kalakonda, proceeding pro se, appeals an order of the trial court denying arbitration for the claims between Kalakonda and appellee, Susser Petroleum Operating Company, LLC. In our cause number 13-15-00538-CV, Kalakonda has filed a petition for writ of mandamus seeking to compel the trial court to require arbitration with Susser.

In the appeal, Kalakonda has filed a "Motion for Emergency Relief or in the Alternative to Expedite Appeal." Through this motion, Kalakonda seeks to stay the November 17, 2015 trial of the underlying matter pending resolution of the appeal. Alternatively, Kalakonda seeks an accelerated resolution of the appeal and requests relief on the merits. In the original proceeding, Kalakonda similarly seeks to stay the November 17, 2015 trial pending resolution of the merits of the petition for writ of mandamus.

The Court, having examined and fully considered Kalakonda's request for emergency relief in the appeal and original proceeding, is of the opinion that said request should be granted in these causes. Kalakonda's motion for emergency relief is hereby GRANTED, and the trial court proceedings, including trial scheduled for November 17, 2015, are ordered STAYED pending further order of this Court, or until the cases are finally decided. *See* TEX. R. APP. P. 29.3, 52.10(b). All other relief sought by Kalakonda's motion for emergency relief is denied at this time.

2

The Court requests that the real party in interest, Susser Petroleum Operating Company, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.   *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.


PER CURIAM

Delivered and filed the
16th day of November, 2015.